KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Ronn Moss

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONN MOSS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER BECKETT, an individual,<br><br>    Defendant. | Case No. 2:18-cv-4784-SVW (GJS)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

11480.00002/607461.1

1     Plaintiff Ronn Moss and Defendant Peter Beckett, by and through their
2 counsel of record, and pursuant to the confidential settlement agreement entered into
3 by the parties, hereby stipulate to the entry of the Stipulated Judgment attached
4 hereto.

DATED: Novemeber 26, 2018     KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: _____
David W. Swift
Attorneys for PLAINTIFF

DATED: Novemeber 26, 2018     EVAN S. COHEN

By: _____
Evan S. Cohen
Attorneys for DEFENDANT