KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DAVID W. SWIFT (SBN 235033)
   dswift@kwikalaw.com
GREGORY P. KORN (SBN 205306)
   gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Ronn Moss

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONN MOSS, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>PETER BECKETT, an individual,<br><br>   Defendant. | Case No. 2:18-cv-4784-SVW (GJS)<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT<br><br>Priority ___<br>Send ___<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ✓<br>JS-2/JS-3 ___<br>Scan Only ___ |

11480.00002/605459.1

[PROPOSED] STIPULATED JUDGMENT

Whereas Plaintiff Ronn Moss ("Plaintiff" or "Moss") and Defendant Peter Beckett ("Defendant" or "Beckett"), by and through their counsel of record, in a confidential Settlement Agreement dated November __, 2018, have agreed and stipulated to settle this matter through the entry of a judgment, and good cause appearing therefor, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

A. The Court has jurisdiction over the subject matter in this dispute and the parties herein. Venue is proper in this Judicial District. The Court finds that there is a factual and legal basis for entry of this Judgment and for the enforceability of this Judgment as set forth herein.

B. An unincorporated partnership comprising Moss and Beckett (the "Partnership") owns common law trademark rights in the PLAYER trademark (including any stylized logo embodying the trademark). That mark is valid, subsisting, and enforceable.

C. The Director of the United States Patent & Trademark Office is hereby directed to rectify the register with respect to U.S. Trademark Registration No. 4,640,664 ("Registration") currently registered to Defendant Peter Beckett, and to amend the Registration as to its ownership so as to provide that the Registration is owned by and registered to "Peter Beckett and Ronn Moss, dba an unincorporated partnership."

D. By virtue of the Partnership's ownership of the PLAYER trademark, the use of the mark by either Beckett or Moss to promote their individual goods or services, without the consent of the other (as set forth in the Settlement Agreement), and in a manner which does not constitute fair use, is likely to cause consumer confusion as the source or sponsorship of such goods or services.

E. In the event that either party violates the terms of the Settlement Agreement, and proper notice is given to the allegedly breaching party of the alleged breach, and the allegedly breach party fails to adhere to, and comply with, the cure

provisions set forth in the Settlement Agreement, the party alleging the breach shall have the right to seek immediate injunctive relief from this Court, on an *ex parte* application (if the facts so warrant), or via motion. In any such proceeding, the prevailing party shall recover his reasonable attorneys' fees, in addition to any other relief and/or damages. The Court may also issue such further orders and directions as may be necessary or appropriate to resolve any issues out of a claim of violation of or noncompliance.

F. There shall be no appeals from this Judgment, and each party waives his right to appeal. Each party shall bear their own costs and attorneys' fees heretofore incurred in this Action.

For good cause appearing, IT IS SO ORDERED.

Dated: _____, 2018

_____
Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE